# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699                **Short Title:** State of California et al v. Mullin et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Vermont                                                                                                 as the

[ ] appellant(s)              [✔] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)              [ ] respondent(s)              [ ] intervenor(s)

/s/ Jonathan T. Rose                                June 12, 2026
Signature                                                Date

Jonathan T. Rose
Name

Vermont Office of the Attorney General        (802) 828-3171
Firm Name (if applicable)                        Telephone Number

109 State Street                                    (802) 828-3187
Address                                              Fax Number

Montpelier, VT 05609                            jonathan.rose@vermont.gov
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1215541

Has this case or any related case previously been on appeal?

[✔] No              [ ] Yes    Court of Appeals No._____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).