# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1699          **Short Title:** State of California, et al. v. Mullin, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts _____ as the

[ ] appellant(s)              [✓] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)            [ ] respondent(s)            [ ] intervenor(s)

| | |
|---|---|
| /s/ Gerard J. Cedrone | June 12, 2026 |
| Signature | Date |
| Gerard J. Cedrone | |
| Name | |
| Mass. Attorney General's Office | (617) 963-2282 |
| Firm Name (if applicable) | Telephone Number |
| One Ashburton Place, 20th Floor | |
| Address | Fax Number |
| Boston, MA 02108 | gerard.cedrone@mass.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1194706

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).