# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26 1699          **Short Title:** California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Illinois_____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Sarah A. Hunger_____     6/12/26_____
Signature                                                          Date

Sarah A. Hunger_____
Name

Office of the Illinois Attorney General     312 814 5202_____
Firm Name (if applicable)                          Telephone Number

115 S. LaSalle St._____     _____
Address                                                      Fax Number

Chicago, IL 60603_____     sarah.hunger@ilag.gov_____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1195404_____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).