# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1699                    **Short Title:** California, et al v. Mullin, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Mullin; Dept. Homeland Security; Rubio; Dept. of State; Sonderling; Dept. of Labor; Blanche; Dept. of Justice; US     as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| /S/ Tiberius Davis | 6/12/2026 |
| Signature | Date |
| Tiberius Davis | |
| Name | |
| DOJ Civil Division | 202-860-8970 |
| Firm Name (if applicable) | Telephone Number |
| 950 Pennsylvania Avenue, Suite 400 | |
| Address | Fax Number |
| Washington, D.C., 20530 | tiberius.davis@usdoj.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1218542

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).