# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26 1699          **Short Title:** California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New York                                                                                        as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Judith N. Vale
Signature

6/12/2026
Date

Judith N. Vale
Name

Office of the NY Attorney General
Firm Name (if applicable)

(212) 416 6274
Telephone Number

28 Liberty St.
Address

_____
Fax Number

New York, NY 10005
City, State, Zip Code

judith.vale@ag.ny.gov
Email (required)

Court of Appeals Bar Number: 1216034

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).