# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1699            **Short Title:** State of California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of North Carolina _____ as the

[ ] appellant(s)            [✓] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)            [ ] respondent(s)            [ ] intervenor(s)

/s/ Daniel P. Mosteller _____        June 12, 2026 _____
Signature                                                        Date

Daniel P. Mosteller _____
Name

North Carolina Department of Justice ____        919-716-6026 _____
Firm Name (if applicable)                                Telephone Number

PO Box 629 _____        _____
Address                                                        Fax Number

Raleigh, NC 27602 _____        dmosteller@ncdoj.gov _____
City, State, Zip Code                                        Email (required)

Court of Appeals Bar Number: 1215539 _____

Has this case or any related case previously been on appeal?

[✓] No            [ ] Yes    Court of Appeals No. _____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).