# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1699          **Short Title:** State of Californa, et al v. Mul

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts                                              as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_Julia S. Canney_                    June 12, 2026
Signature                              Date

Julia Suzanna Canney
Name

Mass. Attorney General's Office          (617) 963-2851
Firm Name (if applicable)                Telephone Number

One Ashburton Place, 20th Floor
Address                                  Fax Number

Boston, MA 02108                         julia.s.canney@mass.gov
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1224034

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).