# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699          **Short Title:** California, et al v. Mullin, et a⊞

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
the State of Michigan _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Neil Giovanatti _____     6/12/2026 _____
Signature                            Date

Neil Giovanatti _____
Name

Mich. Dep't of Attorney General ____     (517) 241-1050 _____
Firm Name (if applicable)                Telephone Number

525 W. Ottawa St. _____     (517) 335-1152 _____
Address                                  Fax Number

Lansing, MI 48933 _____     GiovanattiN@michigan.gov _____
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1215368 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____
================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).