# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699          **Short Title:** State of California et al. v. Mu

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


s/ Julie Veroff
Signature

June 12, 2026
Date

Julie Veroff
Name

California Department of Justice, Office of the Attorney General
Firm Name (if applicable)

415 510-3776
Telephone Number

455 Golden Gate Ave., Suite 11000
Address

Fax Number

San Francisco, CA 94102
City, State, Zip Code

julie.veroff@doj.ca.gov
Email (required)

Court of Appeals Bar Number: 1217216


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).