# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699                    **Short Title:** State of California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts _____ as the

[  ] appellant(s)              [✔] appellee(s)              [  ] amicus curiae

[  ] petitioner(s)             [  ] respondent(s)           [  ] intervenor(s)


/s/ Michelle Pascucci _____          June 12, 2026 _____
Signature                               Date

Michelle Pascucci _____
Name

Office of the Attorney General          617-963-2255 _____
Firm Name (if applicable)               Telephone Number

1 Ashburton Place _____          _____
Address                                 Fax Number

Boston, MA 02108 _____          michelle.pascucci@mass.gov ____
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1204355 _____


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____
================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).