# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699          **Short Title:** State of California, et al. v. Mu

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Delaware _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ Ian R. Liston _____          06/12/2026 _____
Signature                                            Date

Ian R. Liston _____
Name

Delaware Department of Justice          (302) 683-8800
Firm Name (if applicable)                    Telephone Number

820 N. French Street                         (302) 577-6499
Address                                         Fax Number

Wilmington, DE 19801                        ian.liston@delaware.gov
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1215682

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).