# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699                **Short Title:** State of California, et al. v. Mu

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Delaware                                                                as the

[  ] appellant(s)              [✔] appellee(s)              [  ] amicus curiae

[  ] petitioner(s)             [  ] respondent(s)           [  ] intervenor(s)

/s/ Vanessa L. Kassab                          06/12/2026
Signature                                      Date

Vanessa L. Kassab
Name

Delaware Department of Justice                 (302) 683-8800
Firm Name (if applicable)                      Telephone Number

820 N. French Street                           (302) 577-6499
Address                                        Fax Number

Wilmington, Delaware 19801                     vanessa.kassab@delaware.gov
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 121555

Has this case or any related case previously been on appeal?

[✔] No            [  ] Yes   Court of Appeals No._____

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).