# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699          **Short Title:** California, et al v Mullin, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Minnesota _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Joseph Richie _____          6/15/2026 _____
Signature                                                                  Date

Joseph Richie _____
Name

Minnesota Attorney General's Office          (651) 300-0921 _____
Firm Name (if applicable)                                   Telephone Number

445 Minnesota Street, Suite 600          (651) 282-5832 _____
Address                                                               Fax Number

St. Paul, MN 55101-2125 _____          joseph.richie@ag.state.mn.us _____
City, State, Zip Code                                          Email (required)

Court of Appeals Bar Number: 1217801 _____


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).