# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1699          **Short Title:** California et al., v. Mullin et al

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

State of Colorado _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ David Moskowitz _____    06/15/2026 _____
Signature                                                     Date

David Moskowitz _____
Name

Colorado Department of Law _____    (720) 508-6000 _____
Firm Name (if applicable)                        Telephone Number

1300 Broadway, 10th Floor _____    (720) 508-6030 _____
Address                                                        Fax Number

Denver, CO 80203 _____    David.Moskowitz@coag.gov _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1216053 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).