# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1699                    **Short Title:** State of California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Oregon _____ as the

[  ] appellant(s)               [✔] appellee(s)               [  ] amicus curiae

[  ] petitioner(s)              [  ] respondent(s)             [  ] intervenor(s)

/s/ Robert Koch
Signature

6/15/2026
Date

Robert Koch
Name

Oregon Department of Justice
Firm Name (if applicable)

(503) 378-4402
Telephone Number

1162 Court Street NE
Address

(503) 378-6306
Fax Number

Salem, OR 97301
City, State, Zip Code

robert.a.koch@doj.oregon.gov
Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

=========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).