# United States Court of Appeals
## For the First Circuit
_____

## NOTICE OF APPEARANCE

**No.** 26-1699          **Short Title:** California et al. v. Mullin et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Arizona _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Jaylia Yan _____          6/18/2026 _____
Signature                                             Date

Jaylia Yan _____
Name

Arizona Office of the Attorney General          602-542-3333 _____
Firm Name (if applicable)                                   Telephone Number

2005 N Central Ave _____          602-542-8308 _____
Address                                                     Fax Number

Phoenix, Arizona 85004 _____          jaylia.yan@azag.gov; acl@azag.gov _____
City, State, Zip Code                                 Email (required)

Court of Appeals Bar Number: 1224628 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).