# United States Court of Appeals
## For the First Circuit
_____

### NOTICE OF APPEARANCE

**No.** 26-1699        **Short Title:** California et al. v. Mullin et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Arizona _____ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)


/s/ Joshua G. Nomkin _____        6/18/2026 _____
Signature                                    Date

Joshua G. Nomkin _____
Name

Arizona Office of the Attorney General        602-542-3333 _____
Firm Name (if applicable)                     Telephone Number

2005 N. Central Ave _____           602-542-8308 _____
Address                                       Fax Number

Phoenix, Arizona 85004 _____        joshua.nomkin@azag.gov; acl@azag.gov
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1218445 _____


Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____
=========================================================================
**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).