# United States Court of Appeals
## For the First Circuit
_____

### NOTICE OF APPEARANCE

**No.** 26-1699        **Short Title:** California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California _____ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

_____        6/18/26 _____
Signature        Date

James E. Stanley _____
Name

California Department of Justice _____        916-210-6475 _____
Firm Name (if applicable)        Telephone Number

1300 I Street _____        _____
Address        Fax Number

Sacramento, CA 95814 _____        james.stanley@doj.ca.gov _____
City, State, Zip Code        Email (required)

Court of Appeals Bar Number: 1217724 _____

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____
===============================================================================
**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).