# United States Court of Appeals
## For the First Circuit
_____

## NOTICE OF APPEARANCE

**No.** 26 1699          **Short Title:** California v. Mullin

      The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New Jersey _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Melina M. Meneguin Layerenza          June 18, 2026
Signature                                                      Date

Melina M. Meneguin Layerenza
Name

New Jersey Attorney General's Office          609 414 4366
Firm Name (if applicable)                              Telephone Number

124 Halsey Street          _____
Address                                          Fax Number

Newark, NJ 07102          Melina.Meneguin@law.njoag.gov
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 1185443


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

================================================================

    **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

    **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).