**No. 26-1699**

---

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

---

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

Defendants - Appellants.

---

**On Appeal from the United States District Court
for the District of Massachusetts**

---

**UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* BY FEDERATION FOR AMERICAN IMMIGRATION REFORM IN SUPPORT OF DEFENDANTS' MOTION FOR STAY**

---

Matt Crapo
Christopher J. Hajec
Edwin E. Pieters
Federation for American Immigration Reform
25 Massachusetts Ave NW, Suite 335
Washington, DC 20001
(202) 328-7004
mcrapo@fairus.org

**MOVANT'S INTEREST**

*Amicus curiae* Federation for American Immigration Reform (FAIR) is a nonprofit corporation and membership organization that was founded in 1979 and has its principal place of business in Washington, D.C. FAIR's mission is to advocate for immigration policies that are in America's best interest. In pursuit of this mission, FAIR regularly participates in litigation involving immigration law enforcement, border integrity, and the scope of executive authority over the entry of aliens into the United States. The decision in this case, which concerns the imposition by the President of a $100,00 fee on H-1B visas, will impact the ability of the federal government to protect American workers. *Amicus* FAIR thus has a direct and vital interest in the outcome of this case.

Movant FAIR now seeks leave to file an *amicus* brief in support of Defendants–Appellants' motion for a stay pending appeal. FAIR sought consent from all parties; both Defendants–Appellants and Plaintiffs–Appellees stated that they consent to the filing of the attached *amicus* brief.

**REASONS FOR *AMICUS* BRIEF**

In its proffered *amicus* brief, FAIR demonstrates that the government is likely to succeed on the merits because the Proclamation is unreviewable as presidential action, and the district court erred in vacating the policies implementing the Proclamation. FAIR further demonstrates that the public interest

weighs heavily in favor of granting a stay. Both issues are relevant to this appeal and therefore may aid the Court.

## CONCLUSION

For the foregoing reasons FAIR respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: June 24, 2026                    Respectfully submitted,


/s/ Matt Crapo
MATT A. CRAPO
CHRISTOPHER J. HAJEC
EDWIN E. PIETERS
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
mcrapo@fairus.org
(202) 328-7004

Counsel for *Amicus Curiae*
Federation for American Immigration Reform

2

## CERTIFICATE OF COMPLIANCE

1.    The foregoing motion complies with the type-volume limitation of FED. FED. R. APP. P. 27(d)(2)(A) because:

This motion contains 261 words.

2.    This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because:

This motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

DATED: June 24, 2026                              Respectfully submitted,

                                                  s/ Matt Crapo

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2026, I electronically filed the foregoing motion, along with the proposed *amicus* brief, with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ Matt Crapo