# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1699                    **Short Title:** State of California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Connecticut _____ as the

[ ] appellant(s)              [✔] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)             [ ] respondent(s)            [ ] intervenor(s)

/s/ Michael K. Skold _____    6/25/2026 _____
Signature                                Date

Michael K. Skold _____
Name

Connecticut Office of Attorney General    860-808-5318 _____
Firm Name (if applicable)                 Telephone Number

165 Capitol Avenue, 5th Floor _____    860-808-5387 _____
Address                                   Fax Number

Hartford, CT 06106 _____    Michael.Skold@ct.gov _____
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1215533 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____
===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).