# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1699          **Short Title:** California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Hawaii _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ Kalikoonalani D. Fernandes          June 25, 2026
Signature                                                  Date

Kalikoonalani D. Fernandes
Name

State of Hawaii, Department of the Attorney General          (808) 586-1360
Firm Name (if applicable)                                             Telephone Number

425 Queen Street                                             (808) 586-8116
Address                                                          Fax Number

Honolulu, Hawaii, 96813                              kaliko.d.fernandes@hawaii.gov
City, State, Zip Code                                        Email (required)

Court of Appeals Bar Number: 1215536


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).