# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1699          **Short Title:** State of California, et al v. Mullin, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Professor Michael Clemens _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Kamilyn Y. Choi          6/26/2026
Signature                    Date

Kamilyn Y. Choi
Name

Orrick, Herrington & Sutcliffe LLP          (202) 339-8400
Firm Name (if applicable)                    Telephone Number

2100 Pennsylvania Avenue NW          (202) 339-8500
Address                              Fax Number

Washington, DC 20037          kchoi@orrick.com
City, State, Zip Code         Email (required)

Court of Appeals Bar Number: 5940663

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).