# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1699        **Short Title:** California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
State of California _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)


/s/ James E. Richardson                    June 26, 2026
Signature                                  Date

James E. Richardson
Name

California Department of Justice           (213) 269-6698
Firm Name (if applicable)                  Telephone Number

300 S Spring St Ste 1702
Address                                    Fax Number

Los Angeles, CA  90013                     james.richardson@doj.ca.gov
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 1224663


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

=============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).