# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 26-1699          Short Title: State of California, et al v. Mu

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Rhode Island                                                                      as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Kyla Duffy                                        06/29/2026
Signature                                             Date

Kyla Duffy
Name

Rhode Island Attorney General Office          401-274-4400
Firm Name (if applicable)                            Telephone Number

150 South Main St.
Address                                              Fax Number

Providence, RI 02903                                 kduffy@riag.ri.gov
City, State, Zip Code                                Email (required)

Court of Appeals Bar Number: 1223931


Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).