No. 26-1699

IN THE

# United States Court of Appeals for the First Circuit

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

*Plaintiffs-Appellees*,

*v.*

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

*Defendants-Appellants*,

On Appeal from the United States District Court
for the District of Massachusetts
No. 1:25-cv-13829-LTS, Hon. Leo T. Sorokin

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF PROFESSOR MICHAEL CLEMENS AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES

Nicole Ries Fox
Geoffrey C. Shaw
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071

Anisha S. Dasgupta
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019
(212) 506-5000

*Additional Counsel Listed on Inside Cover*

Kamilyn Y. Choi
ORRICK, HERRINGTON &
    SUTCLIFFE LLP
2100 Pennsylvania Ave NW
Washington, DC  20037

*Counsel for Amicus Curiae*

## INTRODUCTION

Movant and amicus curiae Professor Michael Clemens requests leave to file an amicus brief in support of Plaintiff States' Opposition to Defendants' Emergency Motion for Stay Pending Appeal. Neither party opposes the filing of the attached amicus brief.

## MOVANT'S INTEREST

Movant and amicus curiae Professor Michael Clemens is an economist of global standing who studies the field of immigration, its impact on the American economy, and the history of immigration policy. He is a tenured Professor at the School of Government & Policy at Johns Hopkins University and ranks among the top one percent of most-cited economists for work published in the last ten years.[1] Federal courts and policymakers in the White House, National Security Council, the Department of Homeland Security, and foreign governments have relied on his work.

Professor Clemens submits this brief on his own behalf, as an individual and expert in his academic field, in the interest of ensuring

---

[1] RePEc (Research Papers in Economics) database, *Top Economists (Last 10 Years of Publications), as of May 2026 (with details)*, https://perma.cc/8VZV-TK29 (accessed June 22, 2026).

that immigration regulation in the United States proceeds from the best available empirical understanding of its impacts and how policy shapes those impacts.

## REASONS FOR AMICUS BRIEF

In the attached amicus brief, Professor Clemens comprehensively analyzes the economic evidence referenced in the presidential Proclamation requiring a $100,000 payment for each person entering the United States on an H-1B visa. *See* Proclamation No. 10973, Restriction on Entry of Certain Nonimmigrant Workers, 90 Fed. Reg. 46,027 (Sept. 24, 2025) (the "Proclamation"). The analysis reveals that the Proclamation misrepresents or incorrectly characterizes each of those sources. Professor Clemens also shows that the $100,000 payment is a tax from an economic perspective because—as confirmed by an analysis conducted by an economist at the White House Council of Economic Advisers—the payment will not have a regulatory impact and simply will go to general revenue. These findings are relevant to the issues of whether Defendants can show irreparable and emergency economic harm absent a stay, and whether Plaintiffs are likely to succeed on the merits.

2

## CONCLUSION

For the foregoing reasons, Movant respectfully requests that the Court grant his motion for leave to file the accompanying brief as amicus curiae.

June 29, 2026

Nicole Ries Fox
Geoffrey C. Shaw
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071

Respectfully submitted,

*/s/ Anisha S. Dasgupta*

Anisha S. Dasgupta
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019
(212) 506-5000

Kamilyn Y. Choi
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave NW
Washington, DC  20037

*Counsel for Amicus Curiae*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion is printed in Century Schoolbook 14-point font, and it contains 372 words, excluding the items listed in Federal Rule of Appellate Procedure 27(a)(2)(B).

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Anisha S. Dasgupta
Anisha S. Dasgupta
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on June 29, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Anisha S. Dasgupta*
Anisha S. Dasgupta
*Counsel for Amicus Curiae*