# United States Court of Appeals
## For the First Circuit

No. 26-1699

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

Defendants - Appellants.

**NOTICE**

Issued: June 30, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Thomas H. Castelli, Elizabeth Morris, Matthew James O'Brien, Max Lesser, Francesca Testa, Aleeza M. Strubel, Nora Q.E. Passamaneck, Jeanelly Orozco Alcala

The following attorneys will continue to receive notice in this case:

Jennifer Kate Aaronson, Jeffrey Alderette, Julia Suzanna Canney, Gerard J. Cedrone, Kamilyn Yoonsuh Choi, Matt A. Crapo, Anisha S. Dasgupta, Tiberius T. Davis, David Dana Day, Kyla Duffy, Kalikoonalani Diara Fernandes, Abraham R. George, Neil Giovanatti, Christopher J. Hajec, Faye B. Hipsman, Helen H. Hong, Laura Howard, Sarah A. Hunger, Kiel Ireland, Vanessa L. Kassab, Nita Kumaraswami Klunder, Robert A. Koch, Denise Yesenia Levey, Zoe Levine, Ian R. Liston, Donald Campbell Lockhart, Lorraine Lopez, Marissa Malouff, Melina Maria Meneguin Layerenza, David Moskowitz, Daniel Paul Mosteller, Michael Louis Newman, Joshua Nomkin, Victoria Ochoa, Michelle R. Pascucci, Edwin E. Pieters, James Everett Richardson, Joseph Robert Richie, Jonathan T. Rose, Michael Kenneth Skold, James Edward Stanley, Barbara D. Underwood, Judith N. Vale, Julie Veroff, Virginia Anne Williamson, Sara L. Wilmot, Kate S. Worthington, Jaylia Yan

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley C. - (617) 748-9055

cc:
Jennifer Kate Aaronson, Jeanelly Orozco Alcala, Jeffrey Alderette, Julia Suzanna Canney, Thomas H. Castelli, Gerard J. Cedrone, Kamilyn Yoonsuh Choi, Matt A. Crapo, Anisha S. Dasgupta, Tiberius T. Davis, David Dana Day, Kyla Duffy, Kaliko'oānlani Diara Fernandes, Abraham R. George, Neil Giovanatti, Christopher J. Hajec, Faye B. Hipsman, Helen H. Hong, Laura Howard, Sarah A. Hunger, Kiel Ireland, Vanessa L. Kassab, Nita Kumaraswami Klunder, Robert A. Koch, Max Lesser, Denise Yesenia Levey, Zoe Levine, Ian R. Liston, Donald Campbell Lockhart, Lorraine Lopez, Marissa Malouff, Melina Maria Meneguin Layerenza, Elizabeth Morris, David Moskowitz, Daniel Paul Mosteller, Michael Louis Newman, Joshua Nomkin, Matthew James O'Brien, Victoria Ochoa, Michelle R. Pascucci, Nora Q.E. Passamaneck, Edwin E. Pieters, James Everett Richardson, Joseph Robert Richie, Jonathan T. Rose, Michael Kenneth Skold, James Edward Stanley, Aleeza M. Strubel, Francesca Testa, Barbara D. Underwood, Judith N. Vale, Julie Veroff, Virginia Anne Williamson, Sara L. Wilmot, Kate S. Worthington, Jaylia Yan