# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699          **Short Title:** State of California v. Mullin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Washington _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| /s/ Sara L. Wilmot | 06/30/2026 |
| Signature | Date |
| Sara L. Wilmot | |
| Name | |
| Washington State Attorney General's Office | 509-458-3501 |
| Firm Name (if applicable) | Telephone Number |
| 1116 West Riverside Avenue, Suite 100 | |
| Address | Fax Number |
| Spokane, WA 99201-1106 | Sara.Wilmot@atg.wa.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1224665

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).