# United States Court of Appeals
## For the First Circuit

No. 26-1699

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

Defendants - Appellants.

### ORDER OF COURT

Entered: July 15, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a docketing statement and transcript report/order form.

It is ordered that if a docketing statement and transcript report/order form are not filed on or before **July 29, 2026**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Jennifer Kate Aaronson, Jeffrey Alderette, Julia S. Canney, Gerard J. Cedrone, Kamilyn Yoonsuh Choi, Matt A. Crapo, Anisha S. Dasgupta, Tiberius T. Davis, David Dana Day, Kyla Duffy, Kaliko'oānlani Diara Fernandes, Abraham R. George, Neil Giovanatti, Christopher J. Hajec, Faye B. Hipsman, Helen H. Hong, Laura Howard, Sarah A. Hunger, Kiel Ireland, Vanessa L. Kassab, Nita Kumaraswami Klunder, Robert A. Koch, Denise Yesenia Levey, Zoe Levine, Ian R. Liston, Donald Campbell Lockhart, Lorraine Lopez, Marissa Malouff, Melina Maria Meneguin Layerenza, David Moskowitz, Daniel Paul Mosteller, Michael Louis Newman, Joshua Nomkin, Victoria Ochoa, Michelle R. Pascucci, Edwin E. Pieters, James Everett Richardson, Joseph Robert Richie, Jonathan T. Rose, Michael Kenneth Skold, James Edward Stanley, Barbara D. Underwood, Judith N. Vale, Julie Veroff, Virginia Anne Williamson, Sara L. Wilmot, Kate S. Worthington, Jaylia Yan