# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1699          **Short Title:** California, et al v. Mullin, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Mullin; Dept. Homeland Security; Rubio; Dept. of State; Sonderling; Dept. of Labor; Blanche; Dept. of Justice; US   as the

[✔] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Jeffrey Alderette
Signature

7/17/2026
Date

Jeffrey Alderette
Name

DOJ Civil Division
Firm Name (if applicable)

(202) 860-9941
Telephone Number

P.O. Box 868, Ben Franklin Station
Address

Fax Number

Washington, DC 20044
City, State, Zip Code

Jeffrey.Alderette@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1224666

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No.

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).