**DOCKETING STATEMENT ADDITIONAL PAGES**

**F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.**

Adverse Party: State of California
Attorney: James E. Richardson
300 S. Spring St., Suit 1702
Los Angeles, CA 90013
213-269-6341

Adverse Party: State of Massachusetts
Attorney: Julia S. Canney
One Ashburton Place, 20th Floor
Boston, MA 02108
617-963-2851

Adverse Party: State of Arizona
Attorney: Joshua G. Nomkin
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333

Adverse Party: State of Colorado
Attorney: David Moskowitz
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000

Adverse Party: State of Connecticut
Attorney: Francesca Testa
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5210

Adverse Party: State of Delaware
Attorney: Vanessa L. Kassab
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

Adverse Party: State of Hawaii
Attorney: Kaliko 'onalani D. Fernandes
425 Queen Street

Honolulu, HI 96813
(808) 586-1360

Adverse Party: State of Illinois
Attorney: Aleeza Strubel
115 S. LaSalle St., 35th Floor
Chicago, IL 60603
(312) 814-3000

Adverse Party: State of Maryland
Attorney: Virginia A. Williamson
200 Saint Paul Place,
20th Floor Baltimore, MD 21202
(410) 576-6584

Adverse Party: State of Michigan
Attorney: Neil Giovanatti
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603

Adverse Party: State of Minnesota
Attorney: Joseph R. Richie
445 Minnesota Street,
Suite 1400 St. Paul, MN 55101
(651) 300-0921

Adverse Party: State of Nevada
Attorney: K. Brunetti Ireland
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-3420

Adverse Party: State of New Jersey
Attorney: Max G. Lesser
25 Market Street
Trenton, NJ 08625
(609) 696-5366

Adverse Party: State of New York
Attorney: Victoria Ochoa
28 Liberty St.
New York, NY 10005
(212) 416-8329

Adverse Party: State of North Carolina
Attorney: Daniel P. Mosteller
P.O. Box 629

Raleigh, NC 27602
(919) 716-6026

Adverse Party: State of Oregon
Attorney: Thomas H. Castelli
100 S.W. Market Street
Portland, OR 97201
(971) 673-1880

Adverse Party: State of Rhode Island
Attorney: Kyla Duffy
150 South Main Street
Providence, RI 02903
(401) 274-4400

Adverse Party: State of Vermont
Attorney: Jonathan T. Rose
109 State Street
Montpelier, VT 05609
(802) 828-3171

Adverse Party: State of Washington
Attorney: Sara L. Wilmot
7141 Cleanwater Drive S.W.
P.O. Box 40111
Olympia, WA 98504
(360) 709-6470

Adverse Party: State of Wisconsin
Attorney: Faye B. Hipsman
P.O. Box 7857
Madison, WI 53707
(608) 264-9487

**G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.**

Appellants: Mullin; Dept. Homeland Security; Rubio; Dept. of State; Sonderling; Dept. of Labor; Blanche; Dept. of Justice; US
Attorney: Tiberius Davis
DOJ Civil Division
950 Pennsylvania Avenue, Suite 400
Washington, D.C., 20530
202-860-8970

Appellants: Mullin; Dept. Homeland Security; Rubio; Dept. of State; Sonderling; Dept. of Labor; Blanche; Dept. of Justice; US
Attorney: Jeffrey Alderette
DOJ Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-860-9941

Appellants: Mullin; Dept. Homeland Security; Rubio; Dept. of State; Sonderling; Dept. of Labor; Blanche; Dept. of Justice; US
Attorney: David Byerley
DOJ Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-535-4523

Appellants: Mullin; Dept. Homeland Security; Rubio; Dept. of State; Sonderling; Dept. of Labor; Blanche; Dept. of Justice; US
Attorney: Drew Ensign
DOJ Civil Division
950 Pennsylvania Avenue, Suite 400
Washington, D.C., 20530
202-860-8970