## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d)(B), I certify that on July 17, 2026, I filed the foregoing Docketing Statement via the Court's CM/ECF System, which caused it to be served on all counsel of record.

/s/ *Jeffrey Alderette*
JEFFREY ALDERETTE
Trial Attorney
United States Department of Justice
Civil Division