# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1699 **Short Title:** State of California, et al. v. Mullin, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
State of Nevada as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ K. Brunetti Ireland
Signature

9/01/26
Date

K. Brunetti Ireland
Name

Office of the Nevada Attorney General
Firm Name (if applicable)

702-486-3420
Telephone Number

1 State of Nevada Way, Suite 100
Address

702-486-3768
Fax Number

Las Vegas, NV 89119
City, State, Zip Code

KIreland@ag.nv.gov
Email (required)

Court of Appeals Bar Number: 1222022

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________________

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).