# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1699 **Short Title:** State of California, et al. v. Mu

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

State of Maryland as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Signature: [signature] Date: 09/01/26


Name: Virginia Williamson

Firm Name (if applicable): Maryland Office of the Attorney General

Telephone Number: 410-576-6584

Address: 200 Saint Paul Place

Fax Number: 

City, State, Zip Code: Baltimore, MD 21202

Email (required): vwilliamson@oag.maryland.gov


Court of Appeals Bar Number: _______________

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No._________________________________

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print Reset