# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1699 **Short Title:** California v. Mullin

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
all Appellants (see continuation page) as the

[✓] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ David J. Byerley
Signature

2 September 2026
Date

David J. Byerley
Name

U.S. Department of Justice, Civil Division, Office of Immigration Litigation
Firm Name (if applicable)

202-532-4523
Telephone Number

PO Box 868, Benjamin Franklin Station
Address

Fax Number

Washington, DC 20044
City, State, Zip Code

david.byerley@usdoj.gov
Email (required)

Court of Appeals Bar Number: 1219251

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.________________

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Parties Represented

1. MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security;
2. U.S. DEPARTMENT OF HOMELAND SECURITY;
3. MARCO RUBIO, in the official capacity as Secretary of State;
4. U.S. DEPARTMENT OF STATE;
5. UNITED STATES;
6. KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor;
7. U.S. DEPARTMENT OF LABOR;
8. TODD BLANCHE, in the official capacity as Attorney General of the United States; and
9. U.S. DEPARTMENT OF JUSTICE.