**No. 26-1699**

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

*Plaintiffs -Appellees*,

*v.*

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

*Defendants - Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts No. 1:25-cv-13829-LTS
Sorokin, J. presiding

**JOINT APPENDIX**

***(Counsel listed on inside cover)***

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TIBERIUS DAVIS
*Counsel to the Assistant Attorney General*

DAVID J. BYERLEY
*Senior Litigation Counsel*

JEFFREY A. ALDERETTE
*Trial Attorney*
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franlink Station
Washington, DC 20044
(202)-860-9941

*Counsel for Defendants*

# APPENDIX
## TABLE OF CONTENTS


| **Document** | **Date Filed** | **Dist. Ct. Docket No.** | **Starting Page** |
|---|---|---|---|
| Docket | N/A | N/A | JA0001 |
| Defendants' Notice of Appeal | Jun. 11, 2026 | 108 | JA0026 |
| Plaintiff's Complaint for Declaratory and Injunctive Relief | Dec. 12, 2025 | 1 | JA0028 |
| Administrative Record | Jan. 23, 2026 | 84 | JA0101 |
| Certification of Administrative Record | Jan. 23, 2026 | 84-1 | JA0103 |
| Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* | Jan. 23, 2026 | 84-1 | JA0106 |
| Memo from Matthew S. Davies to Executive Directors, Field Operations Directors, and Office of Field Operations, *Proclamation, Restriction on Entry of Certain Nonimmigrant Workers [H-1B]* | Jan. 23, 2026 | 84-1 | JA0113 |
| Certification of Administrative Record | Jan. 23, 2026 | 84-2 | JA0114 |
| Email Guidance Transmitted from the Bureau of Consular Affairs to Consular Sections | Jan. 23, 2026 | 84-2 | JA0116 |
| ALDAC from the Bureau of Consular Affairs to Consular Sections | Jan. 23, 2026 | 84-2 | JA0117 |
| Announcement from the Department's Website (travel.state.gov) Regarding Implementation of the Proclamation | Jan. 23, 2026 | 84-2 | JA0122 |
| FAQs on the Department's Website (travel.state.gov) Regarding the Proclamation | Jan. 23, 2026 | 84-2 | JA0125 |
| List of Websites Considered | Jan. 23, 2026 | 84-2 | JA0126 |
| Certification of Index to Administrative Record | Jan. 23, 2026 | 84-3 | JA0127 |
| USCIS H-1B Proclamation Memo | Jan. 23, 2026 | 84-3 | JA0129 |

| **Document** | **Date Filed** | **Dist. Ct. Docket No.** | **Starting Page** |
|---|---|---|---|
| USCIS H-1B FAQ | Jan. 23, 2026 | 84-3 | JA0130 |
| USCIS Alert Banner and Information Regarding Proclamation on H-1B Specialty Occupations Website | Jan. 23, 2026 | 84-3 | JA0132 |
| USCIS G-1055, Fee Schedule (Updated for $100K Fee) | Jan. 23, 2026 | 84-3 | JA0135 |
| USCIS Pay.gov H1B Payment Page | Jan. 23, 2026 | 84-3 | JA0140 |
| Proclamation, *Restriction on Entry of Certain Nonimmigrant Workers* | Jan. 23, 2026 | 84-3 | JA0142 |
| Declaration of James E. Richardson | Feb. 6, 2026 | 88 | JA0149 |
| Table of Exhibits | Feb. 6, 2026 | 88-1 | JA0155 |
| Declaration of Karen Pugliesi, Executive Vice President and Provost of Northern Arizona University | Feb. 6, 2026 | 88-2 | JA0158 |
| Declaration of Daniel R. Erickson | Feb. 6, 2026 | 88-3 | JA0161 |
| Declaration of Carolyn W. Stewart | Feb. 6, 2026 | 88-4 | JA0164 |
| Declaration of Ruben Diaz | Feb. 6, 2026 | 88-5 | JA0169 |
| Declaration of Pamela Brown | Feb. 6, 2026 | 88-6 | JA0175 |
| Declaration of Nathan Evans | Feb. 6, 2026 | 88-7 | JA0179 |
| Declaration of Chief Deputy Superintendent Ingrid Roberson | Feb. 6, 2026 | 88-8 | JA0186 |
| Declaration of Dr. Silvia Greenwood | Feb. 6, 2026 | 88-9 | JA0191 |
| Declaration of Dr. Matt Gianneschi | Feb. 6, 2026 | 88-10 | JA0198 |
| Declaration of Leticia Levi | Feb. 6, 2026 | 88-11 | JA0205 |

| Document | Date Filed | Dist. Ct. Docket No. | Starting Page |
|---|---|---|---|
| Declaration of Connecticut State Colleges and Universities | Feb. 6, 2026 | 88-12 | JA0218 |
| Declaration of Nancy Navarretta | Feb. 6, 2026 | 88-13 | JA0227 |
| Declaration of Cynthia Marten | Feb. 6, 2026 | 88-14 | JA0236 |
| Declaration of Jan N.S. Gouveia | Feb. 6, 2026 | 88-15 | JA0243 |
| Declaration of Debora Halbert | Feb. 6, 2026 | 88-16 | JA0248 |
| Declaration of Leonard R. Gouveia, Jr. | Feb. 6, 2026 | 88-17 | JA0254 |
| Declaration of Dr. Marie Lynn Miranda | Feb. 6, 2026 | 88-18 | JA0260 |
| Declaration of Dr. Tony Sanders | Feb. 6, 2026 | 88-19 | JA0268 |
| Declaration of Christine Murphy Judson | Feb. 6, 2026 | 88-20 | JA0273 |
| Declaration of David L. Di Maria | Feb. 6, 2026 | 88-21 | JA0281 |
| Declaration of Amy Ramirez | Feb. 6, 2026 | 88-22 | JA0289 |
| Declaration of Emily Nielson | Feb. 6, 2026 | 88-23 | JA0296 |
| Declaration of Denise Barton | Feb. 6, 2026 | 88-24 | JA0301 |
| Declaration of Elizabeth Hertel | Feb. 6, 2026 | 88-25 | JA0309 |
| Declaration of Eric Davis | Feb. 6, 2026 | 88-26 | JA0316 |
| Declaration of Diane Rydrych | Feb. 6, 2026 | 88-27 | JA0321 |
| Declaration of Kate Korgan, Acting Executive Vice President and Provost, UNLV | Feb. 6, 2026 | 88-28 | JA0325 |

| Document | Date Filed | Dist. Ct. Docket No. | Starting Page |
|---|---|---|---|
| Declaration of John A.Pelesko, Ph.D. | Feb. 6, 2026 | 88-29 | JA0330 |
| Declaration of Eric Garfunkel | Feb. 6, 2026 | 88-30 | JA0341 |
| Declaration of Christopher Coulston | Feb. 6, 2026 | 88-31 | JA0345 |
| Declaration of Anne Bink | Feb. 6, 2026 | 88-32 | JA0352 |
| Declaration of Dr. Sewit Teckie | Feb. 6, 2026 | 88-33 | JA0362 |
| Declaration of Maurice O. Green | Feb. 6, 2026 | 88-34 | JA0369 |
| Declaration of Eric L. Cunningham | Feb. 6, 2026 | 88-35 | JA0376 |
| Declaration of Dr. Roy Haggerty | Feb. 6, 2026 | 88-36 | JA0383 |
| Declaration of University of Oregon | Feb. 6, 2026 | 88-37 | JA0391 |
| Declaration of Kristen Johnson | Feb. 6, 2026 | 88-38 | JA0399 |
| Declaration of Dr. Kirk Dombrowski | Feb. 6, 2026 | 88-39 | JA0406 |
| Declaration of Dr. Tim Dellit | Feb. 6, 2026 | 88-40 | JA0412 |
| Declaration of Ursula Elspeth Owen, JD | Feb. 6, 2026 | 88-41 | JA0420 |
| Declaration of Katherine Hellmann | Feb. 6, 2026 | 88-42 | JA0428 |
| Declaration of Faye-Lynn Gallant | Feb. 6, 2026 | 88-43 | JA0437 |
| Declaration of Caren Lincoln | Feb. 6, 2026 | 88-44 | JA0445 |
| Declaration of Frances Vavrus | Feb. 6, 2026 | 88-45 | JA0452 |

| Document | Date Filed | Dist. Ct. Docket No. | Starting Page |
|---|---|---|---|
| Declaration of Jeffrey Alderette | Mar. 9, 2026 | 93-1 | JA0459 |
| Table of Exhibits | Mar. 9, 2026 | 93-2 | JA0461 |
| Exhibit 1 - A screenshot of the webpage located at https://travel.state.gov/content/travel/en/News/visasnews/restriction-on-entry-of-certain-nonimmigrant-workers.html as of February 25, 2026. | Mar. 9, 2026 | 93-3 | JA0462 |
| Exhibit 2 - Plaintiffs' Complaint in Chamber of Commerce of the United States of America et al. v. U.S. Department of Homeland Security, et al., 25-cv-3675 (D.D.C.). | Mar. 9, 2026 | 93-4, 5 | JA0464 |
| Exhibit 3 - The Association of American Universities membership list, downloaded from its website: https://www.aau.edu/who-we-are/our-members/aau-member-universities-year-entry. | Mar. 9, 2026 | 93-6 | JA0514 |
| Exhibit 4 - Plaintiffs' Motion for Class Certification under Federal Rule of Civil Procedure 23(b)(2) in Global Nurse Force, et al. v. Donald J. Trump, et al., 4:25-cv-08454-HSG (N.D. Cal. 2025). | Mar. 9, 2026 | 93-7, 8 | JA0522 |
| Exhibit 5 - Plaintiffs' Complaint in Global Nurse Force, et al. v. Donald J. Trump, et al., 4:25-cv-08454-HSG (N.D. Cal. 2025). | Mar. 9, 2026 | 93-9, 10 | JA0587 |
| Exhibit 6 - Declaration of Cara M. Selby, Acting Associate Director of USCIS Service Center Operations, dated March 4, 2026. | Mar. 9, 2026 | 93-11 | JA0653 |
| Exhibit 7 - Declaration of Jerome Jackson, Branch Manager of the Budget Reporting Branch in the Central Accounting and Reporting Division at the Department of the Treasury's Bureau of the Fiscal Services, dated December 1, 2025. | Mar. 9, 2026 | 93-12 | JA0656 |
| Clerk's Certificate and appeals Cover Sheet | Jun. 11, 2026 | 109 | JA0661 |