**No. 26-1699**

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI‘I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

*Plaintiffs-Appellees,*

*v.*

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Massachusetts (Sorokin, J.) in No. 1:25-cv-13829-LTS

## MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWERING BRIEF

*(Counsel listed on inside cover)*

ANDREA JOY CAMPBELL
*Attorney General of Massachusetts*
GERARD J. CEDRONE
*Deputy State Solicitor*
MICHELLE R. PASCUCCI
NITA K. KLUNDER
*State Trial Counsels*
JULIA S. CANNEY
*Assistant Attorney General*
COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
One Ashburton Place
Boston, MA 02108
(617) 963-2282
Gerard.Cedrone@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

ROB BONTA
*Attorney General of California*
SAMUEL T. HARBOURT
*Solicitor General*
HELEN H. HONG
*Principal Deputy Solicitor General*
MICHAEL L. NEWMAN
*Senior Assistant Attorney General*
JULIE VEROFF
*Deputy Solicitor General*
MARISSA MALOUFF
JAMES E. STANLEY
*Supervising Deputy Attorneys General*
DENISE LEVEY
LORRAINE LOPEZ
JEANELLY OROZCO ALCALÁ
JAMES E. RICHARDSON
*Deputy Attorneys General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3776
Julie.Veroff@doj.ca.gov

*Attorneys for the State of California*

September 8, 2026

*(Additional counsel listed in signature block)*

Pursuant to Fed. R. App. P. 26(b) and 27, Plaintiffs-Appellees respectfully request a 30-day extension of time, up to and including November 2, 2026, to file their answering brief. As grounds for this motion, Plaintiffs-Appellees state as follows:

1. Under the current briefing schedule, Plaintiffs-Appellees' answering brief is due October 3, 2026. Plaintiffs-Appellees respectfully request an extension of 30 days in which to file their answering brief. If this request is granted, the answering brief would be due on November 2, 2026. Plaintiffs-Appellees previously sought the same extension of time for filing this brief, which this Court denied as premature because the Defendants-Appellants' opening brief had not been accepted for filing.

2. The additional time is requested in light of the evolving factual landscape relevant to the legal claims at issue in this litigation, as well the principal drafting attorneys' professional obligations over the next several weeks.

3. This case involves a challenge to actions taken by officials at the U.S. Department of Homeland Security and U.S. Department of State to implement a presidential proclamation requiring that new H-1B visa petitions be accompanied by a $100,000 payment. The proclamation provides that "absent extension," the $100,000 payment requirement "shall expire" on September 21, 2026. *See* 90 Fed. Reg. 46027, 46028 (Sep. 24, 2025). As of the date of this filing, Plaintiffs-

Appellees do not know whether the $100,000 payment requirement will be allowed to expire, will be extended without modification, or will be extended with some modification. The requested extension will allow Plaintiffs-Appellees sufficient time to assess Defendants-Appellants' actions on or before September 21 regarding the extension of the challenged policy and to address any impact of those actions on this case in their answering brief.

4. The requested extension is also warranted in light of the Department of Homeland Security's recent Notice of Proposed Rulemaking entitled "Fee for Certain H-1B Petitions." 91 Fed. Reg. 54817 (Aug. 25, 2026). According to the Notice, the Department of Homeland Security "proposes to establish a $103,265 fee, payable at the time of filing, for all H-1B cap-subject petitions, . . . which would be imposed in addition to all other applicable fees or payments." *Id.* at 54817. The primary authority invoked for the proposed fee is 8 U.S.C. § 1356(m). *Id.* at 54819. That statutory provision is central to one of the contrary-to-law and ultra vires arguments that Plaintiffs-Appellees advanced below. *See* D. Ct. Dkt. 87 at 11-13, 15, 19; Opening Brief 32-34 (addressing alternative argument for affirmance). Written comments on that proposed rule must be submitted by September 24, 2026, less than two weeks before Plaintiffs-Appellees' brief is currently due. The requested extension will allow Plaintiffs-Appellees sufficient

time to assess whether and how the proposed rulemaking impacts any of their arguments on appeal.

5. An extension will also enable Plaintiffs-Appellees sufficient time to prepare a thorough, well-crafted answering brief that will be most helpful to the Court. The attorneys principally responsible for drafting the brief are working diligently, but have several other pressing commitments over the next several weeks. These include: an answer to a petition for review currently due on September 14, 2026 in *Ison v. Commissioner* (California Supreme Court, No. S29239); a petition for rehearing currently due on September 21, 2026 in *Committee for a Better Arvin v. EPA* (9th Cir., No. 24-7270); a brief in opposition to a petition for writ of certiorari currently due on October 9, 2026 in *Combs v. Gaughan* (U.S. Supreme Court, No. S26-5270); a reply brief currently due on October 16, 2026 in the consolidated appeals in *Mirabelli v. Bonta* (9th Cir., Nos. 25-8056, 26-2337); and presenting oral argument on October 27, 2026 in *Ctrl Alt Destroy, Inc. v. Elliott* (9th Cir., No. 25-2419).

6. A 30-day extension will not appreciably delay resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

7. Counsel for Plaintiffs-Appellees contacted counsel for Defendants-Appellants, who stated that they oppose the extension request.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellees' motion for a 30-day extension to file their answering brief should be granted.

September 8, 2026

Respectfully Submitted,

**ANDREA JOY CAMPBELL**
*Attorney General*
Commonwealth of Massachusetts

*/s/ Gerard J. Cedrone*
GERARD J. CEDRONE
*Deputy State Solicitor*
MICHELLE R. PASCUCCI
NITA K. KLUNDER
*State Trial Counsels*
JULIA S. CANNEY
*Assistant Attorney General*
One Ashburton Place
Boston, MA 02108
(617) 963-2282
Gerard.Cedrone@mass.gov

*Attorneys for Plaintiff*
*Commonwealth of Massachusetts*

**ROB BONTA**
*Attorney General*
State of California

By: */s/ James E. Richardson*
SAMUEL T. HARBOURT
*Solicitor General*
HELEN H. HONG
*Principal Deputy Solicitor General*
MICHAEL L. NEWMAN
*Senior Assistant Attorney General*
JULIE VEROFF
*Deputy Solicitor General*
MARISSA MALOUFF
JAMES E. STANLEY
*Supervising Deputy Attorneys General*
DENISE LEVEY
LORRAINE LOPEZ
JEANELLY OROZCO ALCALÁ
JAMES E. RICHARDSON
*Deputy Attorneys General*
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(213) 269-6698
james.richardson@doj.ca.gov

*Attorneys for Plaintiff*
*State of California*

**KRISTIN K. MAYES**
*Attorney General of Arizona*

/s/ *Jaylia Yan*
JOSHUA G. NOMKIN
JAYLIA YAN
*Assistant Attorneys General*
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-3333
jaylia.yan@azag.gov

*Attorneys for Plaintiff*
*State of Arizona*

**PHILIP J. WEISER**
*Attorney General of Colorado*

/s/ *David Moskowitz*
DAVID MOSKOWITZ
*Deputy Solicitor General*
NORA PASSAMANECK
*Senior Assistant Attorney General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Attorneys for Plaintiff*
*State of Colorado*

**WILLIAM TONG**
*Attorney General of Connecticut*

/s/ *Michael K. Skold*
MICHAEL K. SKOLD
*Solicitor General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
michael.skold@ct.gov

*Attorneys for Plaintiff*
*State of Connecticut*

**KATHLEEN JENNINGS**
*Attorney General of Delaware*

/s/ *Vanessa L. Kassab*
IAN R. LISTON
*Director of Impact Litigation*
VANESSA L. KASSAB
*Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for Plaintiff*
*State of Delaware*

**ANNE E. LOPEZ**
*Attorney General of Hawaiʻi*

*/s/ Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Attorneys for Plaintiff*
*State of Hawaiʻi*

**KWAME RAOUL**
*Attorney General of Illinois*

*/s/ Sarah A. Hunger*
SARAH A. HUNGER
*Deputy Solicitor General*
115 S. LaSalle Street
Chicago, IL 60603
(312) 814-5202
sarah.hunger@ilag.gov

*Attorneys for Plaintiff*
*State of Illinois*

**ANTHONY G. BROWN**
*Attorney General of Maryland*

*/s/ Virginia A. Williamson*
VIRGINIA A. WILLIAMSON
*Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6584
vwilliamson@oag.maryland.gov

*Attorneys for Plaintiff*
*State of Maryland*

**DANA NESSEL**
*Attorney General of Michigan*

*/s/ Neil Giovanatti*
NEIL GIOVANATTI
*Assistant Attorney General*
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov

*Attorneys for Plaintiff*
*State of Michigan*

**KEITH ELLISON**
*Attorney General of Minnesota*

/s/ *Joseph R. Richie*
JOSEPH R. RICHIE
*Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Attorneys for Plaintiff*
*State of Minnesota*

**AARON D. FORD**
*Attorney General of Nevada*

/s/ *K. Brunetti Ireland*
K. BRUNETTI IRELAND
*Chief of Special Litigation*
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-3420
kireland@ag.nv.gov

*Attorneys for Plaintiff*
*State of Nevada*

**JENNIFER DAVENPORT**
*Attorney General of New Jersey*

/s/ *Melina Meneguin Layerenza*
MELINA MENEGUIN LAYERENZA
*Assistant Attorney General*
MAX G. LESSER
*Deputy Attorney General*
124 Halsey Street
Newark, NJ 07102
(609) 414-4366
melina.meneguin@law.njoag.gov

*Attorneys for Plaintiff*
*State of New Jersey*

**LETITIA JAMES**
*Attorney General of New York*

/s/ *Judith N. Vale*
JUDITH N. VALE
*Deputy Solicitor General*
BARBARA D. UNDERWOOD
*Solicitor General*
ZOE LEVINE
*Special Counsel for Immigrant Justice*
VICTORIA OCHOA
*Assistant Attorney General*
28 Liberty St.
New York, NY 10005
(212) 416-8329
zoe.levine@ag.ny.gov

*Attorneys for Plaintiff*
*State of New York*

**JEFF JACKSON**
*Attorney General of North Carolina*

/s/ *Daniel P. Mosteller*
DANIEL P. MOSTELLER
*Associate Deputy Attorney General*
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Attorneys for Plaintiff*
*State of North Carolina*

**DAN RAYFIELD**
*Attorney General of Oregon*

/s/ *Robert A. Koch*
ROBERT A. KOCH
*Senior Assistant Attorney General*
100 S.W. Market Street
Portland, OR 97201
(971) 673-1880
robert.a.koch@doj.oregon.gov

*Attorneys for Plaintiff*
*State of Oregon*

**PETER F. NERONHA**
*Attorney General of Rhode Island*

/s/ *Kyla Duffy*
KYLA DUFFY
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
kduffy@riag.ri.gov

*Attorneys for Plaintiff*
*State of Rhode Island*

**CHARITY R. CLARK**
*Attorney General of Vermont*

/s/ *Jonathan T. Rose*
JONATHAN T. ROSE
*Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Attorneys for Plaintiff*
*State of Vermont*

**NICHOLAS W. BROWN**
*Attorney General of Washington*

/s/ *Sara L. Wilmot*
SARA L. WILMOT
*Assistant Attorney General*
KATE S. WORTHINGTON
*Assistant Attorney General*
7141 Cleanwater Drive S.W.
P.O. Box 40111
Olympia, WA 98504
(360) 709-6470
sara.wilmot@atg.wa.gov

*Attorneys for Plaintiff*
*State of Washington*

**JOSHUA L. KAUL**
*Attorney General of Wisconsin*

/s/ *Faye B. Hipsman*
FAYE B. HIPSMAN
*Assistant Attorney General*
P.O. Box 7857
Madison, WI 53707
(608) 264-9487
faye.hipsman@wisdoj.gov

*Attorneys for Plaintiff*
*State of Wisconsin*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 678 words. This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5)-(6) because the brief has been prepared in proportionally spaced typeface using Microsoft Word word-processing system in Times New Roman that is at least 14 points.

Dated: September 8, 2026

*/s/ James E. Richardson*
James E. Richardson
Deputy Attorney General