# United States Court of Appeals
## For the First Circuit

No. 26-1699

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

Defendants - Appellants.

**ORDER OF COURT**

Entered: September 9, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maryland, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New York, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, State of Washington and State of Wisconsin to file a brief be enlarged to and including **November 4, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jennifer Kate Aaronson, Jeffrey Alderette, David J. Byerley, Julia S. Canney, Gerard J. Cedrone, Kamilyn Yoonsuh Choi, Matt A. Crapo, Anisha S. Dasgupta, Tiberius T. Davis, David Dana Day, Kyla Duffy, Kaliko'oānlani Diara Fernandes, Abraham R. George, Neil Giovanatti, Christopher J. Hajec, Faye B. Hipsman, Helen H. Hong, Laura Howard, Sarah A. Hunger, Kiel Ireland, Vanessa L. Kassab, Nita Kumaraswami Klunder, Robert A. Koch, Denise Yesenia Levey, Zoe Levine, Ian R. Liston, Donald Campbell Lockhart, Lorraine Lopez, Marissa Malouff, Melina Maria Meneguin Layerenza, David Moskowitz, Daniel Paul Mosteller, Michael Louis Newman, Joshua Nomkin, Victoria Ochoa, Michelle R. Pascucci, Edwin E. Pieters, James Everett Richardson, Joseph Robert Richie, Jonathan T. Rose, Michael Kenneth Skold, James Edward Stanley, Barbara D. Underwood, Judith N. Vale, Julie Veroff, Virginia Anne Williamson, Sara L. Wilmot, Kate S. Worthington, Jaylia Yan