No. 26-1699

IN THE

# United States Court of Appeals for the First Circuit

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

*Plaintiffs-Appellees*,

*v.*

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Acting Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

*Defendants-Appellants*,

On Appeal from the United States District Court
for the District of Massachusetts
No. 1:25-cv-13829-LTS, Hon. Leo T. Sorokin

## MOTION TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE PROFESSOR MICHAEL CLEMENS

Kamilyn Y. Choi respectfully requests to withdraw as counsel for amicus curiae Professor Michael Clemens in the above-captioned appeal. Ms. Choi will be leaving Orrick, Herrington & Sutcliffe LLP and will no longer be participating in this case. Professor Michael

Clemens will continue to be represented by Anisha S. Dasgupta, Nicole Ries Fox, and Geoffrey C. Shaw of Orrick, Herrington & Sutcliffe LLP.

Dated: September 9, 2026

Respectfully submitted,

*/s/ Kamilyn Y. Choi*

Kamilyn Y. Choi
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
(202) 339-8674

*Counsel for Amicus Curiae Professor Michael Clemens*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 65 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in Century Schoolbook 14-point font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Kamilyn Y. Choi*
Kamilyn Y. Choi
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on September 9, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Kamilyn Y. Choi*
Kamilyn Y. Choi
*Counsel for Amicus Curiae*