# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1699 **Short Title:** State of California v. Mullins

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
the State of Wisconsin as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

s/Faye B. Hipsman
Signature

11/10/2026
Date

Faye B. Hipsman
Name

Wisconsin Department of Justice
Firm Name (if applicable)

608-264-9487
Telephone Number

17 W. Main Street
Address

608-294-2907
Fax Number

Madison, WI 53703
City, State, Zip Code

faye.hipsman@wisdoj.gov
Email (required)

Court of Appeals Bar Number: 1123933

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.________________

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).