# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1699 **Short Title:** California v. Mullin

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Professor Ilya Somin and The Cato Institute as the

[ ] appellant(s) [ ] appellee(s) [✔] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Phillip H.C. Wilkinson
Signature

November 12, 2026
Date

Phillip H.C. Wilkinson
Name

Wilson Sonsini Goodrich & Rosati
Firm Name (if applicable)

415-947-2000
Telephone Number

One Market Plaza, Spear Tower, Suite 3300
Address

866-974-7329
Fax Number

San Francisco, CA 94105-1126
City, State, Zip Code

pwilkinson@wsgr.com
Email (required)

Court of Appeals Bar Number: 1225853

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.________________________________

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print Reset