## CORPORATE DISCLOSURE STATEMENT

The Cato Institute is a nonprofit entity operating under § 501(c)(3) of the Internal Revenue Code. *Amicus* is not a subsidiary or affiliate of any publicly owned corporation and does not issue shares of stock. No publicly held corporation has a direct financial interest in the outcome of this litigation due to *amicus*'s participation.

NOVEMBER 12, 2026

Respectfully submitted,

*/s/Phillip H.C. Wilkinson*
Phillip H.C. Wilkinson