# United States Court of Appeals
## For the First Circuit

No. 26-1699

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in the official capacity as Secretary of State; UNITED STATES DEPARTMENT OF STATE; KEITH E. SONDERLING, in the official capacity as Secretary of Labor; UNITED STATES DEPARTMENT OF LABOR; TODD BLANCHE, in the official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES,

Defendants - Appellants.

**CALENDARING NOTICE**

Issued: November 24, 2026

This case is presently scheduled to be called for oral argument on **Thursday, January 7, 2027, at 9:30 a.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause. 1st Cir. R. 34.1(d).

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.**

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jennifer Kate Aaronson
Jeffrey Alderette
David J. Byerley
Julia S. Canney
Gerard J. Cedrone
Kamilyn Yoonsuh Choi
Matt A. Crapo
Anisha S. Dasgupta
Tiberius T. Davis
David Dana Day
Kyla Duffy
Kalikoonalani Diara Fernandes
Abraham R. George
Neil Giovanatti

Christopher J. Hajec
Faye B. Hipsman
Helen H. Hong
Laura Howard
Sarah A. Hunger
Kiel Ireland
Vanessa L. Kassab
Nita Kumaraswami Klunder
Robert A. Koch
Denise Yesenia Levey
Zoe Levine
Ian R. Liston
Donald Campbell Lockhart
Lorraine Lopez
Marissa Malouff
Melina Maria Meneguin Layerenza
David Moskowitz
Daniel Paul Mosteller
Michael Louis Newman
Joshua Nomkin
Victoria Ochoa
Michelle R. Pascucci
Edwin E. Pieters
James Everett Richardson
Joseph Robert Richie
Jonathan T. Rose
Michael Kenneth Skold
James Edward Stanley
Barbara D. Underwood
Judith N. Vale
Julie Veroff
Phillip Hoyt Cordero Wilkinson
Virginia Anne Williamson
Sara L. Wilmot
Kate S. Worthington
Jaylia Yan